12-4-15
82,255-01

Dear Criminal appeal court in austin texas I just want to know whats going on with my case its been going on since 2014 now its 2016 I still havent heard nothing from yall I just want to say I know juvanile made the state over turn my case yes and its saying its abunch of Lies and false statements I just realy want to know if yall still Looking at my case I really dont want the appeal no more because its going on five years I realy want my appeal close I was sentence to 6 years but the judge say My attorny ask the judge can she take off 2years and a couple off months because I been ta mahale state school my judge name was carl mckaleson so I sapose to been at home 2015 in march I dont know whats going on I fense to hire me and attorny so He can get intouch with chall and get me out of Here I just want to know is yall going to Dismiss my case or whats going on please RECEIVED IN me me Back

oran Perryman 1861368

COURT OF CRIMINAL APPEALS

DEC 08 2015

Abel Acosta, Clerk